Charles H. Chevalier
**FBT GIBBONS LLP**
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500
cchevalier@fbtgibbons.com

*Of Counsel:*
Lisa B. Pensabene *(pro hac vice* application to be filed)
James Y. Li *(pro hac vice* application to be filed)
Jon T. Clark *(pro hac vice* application to be filed)
Yune-Ting T. Chiang *(pro hac vice* application to be filed)
**O'MELVENY & MYERS LLP**
1301 Avenue of the Americas, Suite 1700
New York, New York 10019
Tel: (212) 326-2000

*Attorneys for Defendant*
*Tris Pharma, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| JAZZ PHARMACEUTICALS IRELAND LIMITED,<br><br>        *Plaintiff,*<br><br>v.<br><br>TRIS PHARMA, INC.,<br><br>        *Defendant*. | Case No. 2:26-cv-01740-SRC-JSA<br><br>**Motion Day: May 18, 2026** |

**NOTICE OF MOTION BY DEFENDANT TRIS PHARMA, INC. TO DISMISS
PLAINTIFF JAZZ PHARMACEUTICALS IRELAND LIMITED'S COMPLAINT
<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)</u>**

1

**PLEASE TAKE NOTICE** that on May 18, 2026, or as soon thereafter as counsel can be heard, the undersigned counsel for Defendant Tris Pharma, Inc., shall move before the Honorable Stanley R. Chesler, U.S.D.J., for the entry of an Order granting Defendant's Motion to Dismiss Plaintiff Jazz Pharmaceuticals Ireland Limited's complaint.

**PLEASE TAKE FURTHER NOTICE THAT** in support of this Motion, the undersigned shall rely upon the accompanying Memorandum of Law, the Declaration of Lisa B. Pensabene, Exhibits 1-5, and any subsequent reply submissions, together with all pleadings and proceedings on file in this matter.

**PLEASE TAKE FURTHER NOTICE THAT** a Proposed Order is also submitted for the Court's consideration.


Dated: April 24, 2026          /s/ Charles H. Chevalier
                               Charles H. Chevalier
                               **FBT GIBBONS LLP**
                               One Gateway Center
                               Newark, New Jersey 07102
                               Telephone No.: (973) 596-4500
                               cchevalier@fbtgibbons.com


                               *Of Counsel:*
                               Lisa B. Pensabene *(pro hac vice* application to be filed)
                               James Y. Li *(pro hac vice* application to be filed)
                               Jon T. Clark *(pro hac vice* application to be filed)
                               Yune-Ting T. Chiang *(pro hac vice* application to be filed)
                               **O'MELVENY & MYERS LLP**
                               1301 Avenue of the Americas, Suite 1700
                               New York, New York 10019
                               Tel: (212) 326-2000

                               *Attorneys for Defendant*
                               *Tris Pharma, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of

Defendant's Motion to Dismiss Plaintiff Jazz Pharmaceuticals Ireland Limited's complaint and

supporting documents were caused to be served on Plaintiff Jazz Pharmaceuticals Ireland

Limited's counsel of record by email and ECF on April 24, 2026:


<u>/s/ Charles H. Chevalier</u>
Charles H. Chevalier